**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRI KNIGHT,

    Plaintiff,

  v.

SAN FRANCISCO GENERAL HOSPITAL,

    Defendant.
                                    /

No. C 05-00645 WHA

**ORDER LIFTING STAY**

      By order dated March 24, 2005, the Court granted a temporary stay in this action until August 4, 2005. The order provided that the parties could stipulate to a further continuance of thirty days by that same date. Because no such stipulation was timely filed, the stay of proceedings is now **LIFTED**. The parties are expected to appear at the case management conference scheduled for **AUGUST 18, 2005 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: August 5, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE