IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRI KNIGHT,

    Plaintiff,

  v.

SAN FRANCISCO GENERAL HOSPITAL,

    Defendant.
                                  /

No. C 05-00645 WHA

**ORDER DENYING DEFENDANT'S EX PARTE REQUEST TO STAY CASE MANAGEMENT CONFERENCE**

Defendant's ex parte request to stay the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 16, 2005.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE